UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

09-80207-CIV-MARRA/JOHNSON

GREEN ISLAND HOLDINGS, LLC.,

    Plaintiff,

v.

BRITISH AMERICAN ISLE OF VENICE
(BVI), LTD, a British Virgin Islands Company,
and BRITISH AMERICAN INSURANCE
COMPANY, LTD, a Bahamas Company,

    Defendants.
_____/

## NOTICE OF FILING

Plaintiff, GREEN ISLAND HOLDINGS, LLC, by and through undersigned counsel, gives notice of filing the attached Agreed Order Approving and Adopting the Stipulation Granting Limited Relief from Stay, filed in the U.S. Bankruptcy Court for the Southern District of Florida, DE # 41.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on August 18, 2010 upon: **Leyza F. Blanco, Esq.,** GrayRobinson, P.A., Counsel for Judicial Manager, Juan M. Lopez a/k/a John M. Lopez, 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court

for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Dated: August 18, 2010.

          The DuBosar Law Group, P.A.
          Attorneys for Creditor, Green Island Holdings, LLC
          120 East Palmetto Park Road, Suite 100
          Boca Raton, Florida 33432
          Phone: (561) 544-8980/Fax: (561) 544-8988

By: /s/ Howard D. DuBosar
          Howard D. DuBosar
          Florida Bar No. 729108

Case 10-21627-EPK Doc 41 Filed 08/13/10 Page 1 of 2



**ORDERED in the Southern District of Florida on August 13, 2010.**

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

In re:                                          Chapter 15

BRITISH AMERICAN ISLE OF VENICE     Case No.: 10-21627-BKC-PGH
(BVI) LIMITED

     Debtor in a Foreign Proceeding
_____/

## AGREED ORDER APPROVING AND ADOPTING THE STIPULATION IN GRANTING LIMITED RELIEF FROM STAY

THIS CAUSE came before the Court on the Stipulation Regarding Stay Relief entered into between Petitioner and Creditor, GREEN ISLAND HOLDINGS, LLC ("GIH"), and the Court, having reviewed the Stipulation and being otherwise fully advised in the premises does hereby

ORDER AND ADJUDGE as follows:

1.     GIH is hereby granted complete relief from stay through sale solely limited to the foreclosure count it has pending in the following case *Green Island Holdings, LLC v. British American Isle of Venice (BVI), LTD, et al*, US District Court Case No.: 09-80207 (the "Litigation").

2. This Court's Order dated May 6, 2010 [DE#7] will remain in effect with respect to the claims for money damages pending against British American Isle of Venice (BVI) Ltd, in the Litigation until this Court rules on the Verified Petition for Recognition of Foreign Main Proceeding [DE#2].

3. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**
Leyza F. Blanco, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Leyza.blanco@gray-robinson.com
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Attorney Blanco shall serve a confirmed copy of this Order upon all interested parties and file a Certificate of Service*

Howard D. DuBosar, Esq.
The DuBosar Law Group, P.A.
120 E. Palmetto Park Road, Suite 100
Boca Raton, FL 33432
Telephone: 561-544-8980/ Facsimile: 561-544-8988

# 306495 v1