UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

09-80207-CIV-MARRA/JOHNSON

GREEN ISLAND HOLDINGS, LLC.,

    Plaintiff,

v.

BRITISH AMERICAN ISLE OF VENICE
(BVI), LTD, a British Virgin Islands Company,
and BRITISH AMERICAN INSURANCE
COMPANY, LTD, a Bahamas Company,

    Defendants.
_____/

## AGREED SUMMARY JUDGMENT OF FORECLOSURE

THIS CAUSE came before the Court on Green Island Holdings, LLC's ("GIH") Motion for Summary Judgment [DE 58] (the "Motion") and the parties' Stipulation [DE 74] filed in the United States Bankruptcy Court, Southern District of Florida (West Palm Beach) in Case No.: 10-21627-BKC-PGH (the "Bankruptcy Proceeding"). The Court, having reviewed the Motion, the *Agreed Order Approving and Adopting the Stipulation in Granting Limited Relief from Stay* [DE 73] entered by the Court in the Bankruptcy Proceeding, and being otherwise fully advised in the premises does hereby

ORDER AND ADJUDGE as follows:

1.     The Motion is hereby GRANTED *in rem* with respect to Count II of the Complaint.

2.     GIH has a superior right to ownership and possession of the 100% Membership Interest in Green Island Ventures, LLC ("GIV") (the "Membership Interest") against British

*Green Island v. British American Isle of Venice*
Case No.:09-80207-CIV-MARRA/JOHNSON
Agreed Summary Final Judgment of Foreclosure

American Isle of Venice (BVI), Ltd. ("BVI") and all others who have or may claim a right to the Membership Interest.

3. British American Isle of Venice (BVI), Ltd. ("BVI") has no objections to GIH taking ownership and possession of the Membership Interest.

4. GIH is hereby vested with ownership, possession, and title to the Membership Interest.

5. The parties retain all rights and defenses with respect to any issue or matter not specifically resolved hereby.

6. The Court retains jurisdiction of this action to enter further orders and to enforce the terms of this Order.

7. Except as to the entry of this order, the case remains stayed. *KM*

DONE AND ORDERED in Chambers in West Palm Beach, Florida on this 8th day of September, 2010.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to:
Howard D. Dubosar, Esq.
Leyza Blanco, Esq.

2